```
              UNITED STATES BANKRUPTCY COURT
               SOUTHERN DISTRICT OF FLORIDA
```

IN RE:                                PROCEEDING UNDER CHAPTER 13
                                      CASE NO.: 10-26849-BKC-RAM

ARNULFO JOSE ESPINOZA
RAFAELA SOCORRO ESPINOZA
              DEBTOR(S)
_____/

                      NOTICE OF DELINQUENCY

   **PLEASE TAKE NOTICE** the above-referenced Debtor(s) are delinquent in Confirmed Chapter 13 Plan Payments in the amount of $ 5,259.02 .

   The Debtor(s) shall have forty-five (45) days from the date of this Notice to make all payments due under the Confirmed Plan/Modified Plan <u>including any payments that become due within the forty-five (45) day period</u>, in the form of a money order or cashier's check only.  Payments must be sent to:

   P.O. Box 2099, Memphis, TN 38101-2099

   If the Trustee does not receive all payments by August 10, 2011 to bring the Debtor totally current under the Confirmed Plan, or if applicable, a Motion to Modify has not been timely filed and set within fifteen (15) days of this Notice pursuant to the Confirmation Order, the Trustee shall file and serve a Report of Non-Compliance.

As a result of the Debtor(s) failure to comply, the case shall be dismissed with prejudice to the filing any bankruptcy proceeding for a period of 180 days from entry of the Order of Dismissal without further notice or hearing.

   I HEREBY CERTIFY that a true and correct copy of the foregoing Notice of Delinquency was mailed to those parties on the attached service list on June 21, 2011      .

                         NANCY N. HERKERT, ESQUIRE
                         STANDING CHAPTER 13 TRUSTEE
                         POST OFFICE BOX 279806
                         MIRAMAR, FL  33027-9806
                         TELEPHONE: (954) 443-4402
                         Fla. Bar No. 441856


                         By:   /s_____
                               NANCY N. HERKERT, ESQUIRE


COPIES FURNISHED TO:
SEE ATTACHED SERVICE LIST

## SERVICE LIST

**Debtor(s)**
ARNULFO JOSE ESPINOZA & RAFAELA SOCORRO ESPINOZA
855 NE 127 ST
MIAMI, FL  33161

**Attorney for Debtor(s)**
ANDREW BELLINSON, ESQ.
10800 BISCAYNE BLVD
SUITE 925
MIAMI, FL 33161